FILED
2013 Jun-06 AM 11:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **CRYSTAL YOUNG,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **vs.** | ) | Civil Action Number |
| | ) | **2:13-cv-00774-AKK** |
| **CREDIT PROTECTION** | ) | |
| **ASSOCIATION LP,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

Based on Plaintiff Crystal Young's notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1), doc. 9, it is hereby **ORDERED** that this action is **DISMISSED without prejudice**.

**DONE** the 6th day of June, 2013.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE